## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. **06 - CV - 02586** _Bnb_

**(The above civil action number must appear on all future papers** DEC 2 7 2006
**sent to the court in this action. Failure to include this number**
**may result in a delay in the consideration of your claims.)** GREGO.. .' C. LANGHAM
CLERK

LAHBIB WISSAAD,

   Applicant,

v.

DISTRICT DIRECTOR, Colorado District BICE Office,

   Respondent.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a Petition for Writ of Habeas Corpus and a Letter to the

Court. Applicant also has tendered the $5.00 filing fee. As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

document are deficient as described in this order. Notwithstanding the deficiencies, the

clerk of the court will be directed to commence a civil action. Applicant will be directed

to cure the following if he wishes to pursue his claims. Any papers which the Applicant

files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    __    is not submitted
(2)    __    is missing affidavit
(3)    __    is missing certified copy of prisoner's trust fund statement for the 6-month
             period immediately preceding this filing
(4)    __    is missing required financial information
(5)    __    is missing an original signature by the prisoner
(6)    __    is not on proper form (must use the court's current form)

(7)   \_\_     names in caption do not match names in caption of complaint, petition or habeas application

(8)   \_\_     An original and a copy have not been received by the court. Only an original has been received.

(9)   \_\_     other _____

**Complaint, Petition or Application**:

(10)   \_\_     is not submitted

(11)   X     is not on proper form (must use the court's current form)

(12)   \_\_     is missing an original signature by the prisoner

(13)   \_\_     is missing page nos. \_\_\_

(14)   \_\_     uses et al. instead of listing all parties in caption

(15)   \_\_     An original and a copy have not been received by the court. Only an original has been received.

(16)   \_\_     Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   \_\_     names in caption do not match names in text

(18)   \_\_     other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __20__ day of __December__ , 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 02586**

Lahbib Wissad
c/o Addaj Nourredinne
840 S. Oneida St., Apt A108
Denver, CO 80224

      I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on ___12-27-06___

GREGORY C. LANGHAM, CLERK

By:_____
             Deputy Clerk