IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02586-PSF-MJW

LAHBIB WISSAD,

Applicant,

v.

DISTRICT DIRECTOR, BICE OFFICE, COLORADO DISTRICT,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 7 2007

GREGORY C. LANGHAM
CLERK

## ORDER SETTING HEARING

It has come to the Court's attention that the respondent in this matter was not served with this Court's Order to Show Cause (Dkt. # 8). Therefore, the Court ORDERS that the respondent shall file a response with the Clerk of this Court on or before March 26, 2007 as to why the application for a writ of habeas corpus should not be granted.

IT IS FURTHER ORDERED THAT a hearing on the application is SET for **Friday, March 30, 2007 at 8:30 a.m.** before the undersigned in Courtroom A602 in the U.S. District Courthouse, 6th Floor, 901 19th Street, Denver, Colorado. A representative of both the U.S. Attorney's Office and the Department of Homeland Security shall attend this hearing, as well as Applicant Lahbib Wissad in person.

DATED: March 7, 2007

BY THE COURT:

s/ Phillip S. Figa

Phillip S. Figa
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02586-PSF-MJW

Lahbib Wissad
c/o Addaj Nourreddine
840 S. Oneida St., Apt A108
Denver, CO 80224

District Director - **CERTIFIED**
Department of Homeland Security
Inspections and Custom Enforcement
4730 Paris St.
Denver, CO 80239

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to District Director, The United States Attorney General, and the United States Attorney's Office: ORDER TO SHOW CAUSE FILED 2/2/07, AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS FILED 01/23/07, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/7/07   .

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk