IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02586-PSF-MJW**

**LAHBIB WISSAD**,

       Petitioner,

v.

**DISTRICT DIRECTOR, BICE OFFICE, COLORADO DISTRICT,**

       Respondent.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The court has been advised that the Petitioner has been deported as ordered at the March 30, 2007 hearing. The continuation of that hearing, which was scheduled for April 30, 2007, is therefore, VACATED. The respondent shall file a status report on or before May 2, 2007.

Dated:  April 27, 2007