IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02586-PSF-MJW

LAHBIB WISSAAD,

    Applicant,

v.

DISTRICT DIRECTOR, BICE OFFICE, COLORADO DISTRICT,

    Respondent.

## ORDER OF DISMISSAL

The Court has reviewed Respondent's Status Report (Dkt. # 19), which clarifies that petitioner has departed the United States and is now in Morocco. Because the only relief sought by petitioner is release from custody, it is ORDERED that Petitioner Lahbib Wissaad's petition for writ of habeas corpus is DISMISSED as moot.

DATED: May 8, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge